Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Proposed Lead Counsel for*
*Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DERMODY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL BEVERAGE CORP., NICK A. CAPORELLA, GREGORY P. COOK, and GEORGE R. BRACKEN,<br><br>Defendants. | No. 2:16-cv-07487-VAP-JEM<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**<br><br><u>CLASS ACTION</u> |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Proposed Lead Plaintiff, Tan Kim Whatt, and Plaintiff, John Dermody, through their counsel, hereby voluntarily dismiss this action, without prejudice, against all defendants.

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The parties have agreed that each will bear its or his own fees and costs to date related to this action only.

Dated: January 17, 2018                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Proposed Lead Plaintiff Tan Kim Whatt and Plaintiff John Dermody*

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Jacob A. Goldberg, hereby declare under penalty of perjury as follows: |
| 3 | I am a partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen. |

**PROOF OF SERVICE**

I, Jacob A. Goldberg, hereby declare under penalty of perjury as follows:

I am a partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 17, 2018, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDCIE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 17, 2018.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg

- 3 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**